UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

**JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 17-7900-DMG (JCx)** | Date | November 14, 2019 |
| Title | ***Bradford Billet v. Estate of Francine Drexler, et al.*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| KANE TIEN | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER MAINTAINING STAY AND ADMINISTRATIVELY CLOSING THE CASE**

On June 27, 2018, the Court granted the motion to stay this case pending the resolution of motions to dismiss a similar action in New York state court. [Doc. # 64.] According to the parties' November 8, 2019 Status Report, the New York court rendered its decision, which Plaintiff appealed. [Doc. # 67.] The Court finds that maintaining the stay remains appropriate pending final resolution of the appeal.

In addition, the Court hereby **ADMINISTRATIVELY CLOSES** the case, without prejudice to the parties' ability to request that the Court lift the stay and reopen this action upon a final disposition of the New York action, or as appropriate.

**IT IS SO ORDERED.**